JONQUIL L. URDAZ, ESQ.
Nevada Bar No.: 10783
HALL, PRANGLE & SCHOONVELD, LLC
777 North Rainbow Boulevard, Suite 225
Las Vegas, Nevada 89107
Telephone: (702) 889-6400
Fax: (702) 384-6025
jurdaz@hpslaw.com
-and-
EDWARD F. RUBERRY, ESQ. (Admitted *Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
Telephone: (312) 466-8000
Fax: (312) 466-8001
ed.ruberry@rsg-law.com
*Attorneys for Lincoln General Insurance Company*

HALL PRANGLE & SCHOONVELD, LLC
777 N. RAINBOW BOULEVARD, SUITE 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400 FACSIMILE: 702-384-6025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

LINCOLN GENERAL INSURANCE COMPANY,

Plaintiff,

vs.

JOSE ZAVALA-SANDOVAL, ALEJANDRA ZAVALA-LEGORRETA, and STEFANIE REYNOLDS,

Defendants.

Case No.: 2:11-cv-00383-RLH-RJJ

**STIPULATION AND ORDER**
**TO DISMISS WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between, PLAINTIFF LINCOLN GENERAL INSURANCE COMPANY, by and through its counsel of record, Jonquil L. Urdaz, Esq., of the law firm of HALL PRANGLE & SCHOONVELD, LLC; and DEFENDANT STEFANIE REYNOLDS by and through her counsel of record, Tamara V. Lile, Esq., of the law firm of VANNAH & VANNAH, as follows:

HALL PRANGLE & SCHOONVELD, LLC
777 N. RAINBOW BOULEVARD, SUITE 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400 FACSIMILE: 702-384-6025

1. DEFENDANT STEFANIE REYNOLDS is DISMISSED, WITHOUT PREJUDICE, from the foregoing Case No. 2:11-cv-00383-RLH-RJJ, each party to bear their own attorneys' fees and costs.

2. An entry of Default was taken against DEFENDANTS JOSE ZAVALA-SANDOVAL and ALEJANDRA ZAVALA-LEGORRETA on August 5, 2011.

3. As no responsive pleading is on file, PLAINTIFF LINCOLN GENERAL INSURANCE COMPANY VOLUNTARILY DIMISSES, WITHOUT PREJUDICE, DEFENDANTS JOSE ZAVALA-SANDOVAL and ALEJANDRA ZAVALA-LEGORRETA from the foregoing Case No. 2:11-cv-00383-RLH-RJJ.

IT IS SO STIPULATED.

DATED this 31st day of October, 2011.

LINCOLN GENERAL INSURANCE COMPANY

By: /s/ Jonquil L. Urdaz

JONQUIL L. URDAZ, ESQ.
NEVADA BAR NO. 10783
HALL, PRANGLE & SCHOONVELD, LLC
777 North Rainbow Boulevard, Suite 225
Las Vegas, Nevada 89107
Telephone: (702) 889-6400
Fax: (702) 384-6025
jurdaz@hpslaw.com
-and-
EDWARD F. RUBERRY, ESQ.
(Admitted *Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
Telephone: (312) 466-8000
Fax: (312) 466-8001
ed.ruberry@rsg-law.com
*Attorneys for Lincoln General Insurance Company*

DATED this 31st day of October, 2011.

VANNAH & VANNAH

By: /s:/ Tamara V. Lile
TAMARA V. LILE, ESQ.
NEVADA BAR NO. 10661
400 South Fourth Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Stefanie Reynolds*

**ORDER**

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that DEFENDANT STEFANIE REYNOLDS is DISMISSED, WITHOUT PREJUDICE, from the foregoing Case No. 2:11-cv-00383-RLH-RJJ, each party to bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

HALL PRANGLE & SCHOONVELD, LLC
777 N. RAINBOW BOULEVARD, SUITE 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400 FACSIMILE: 702-384-6025

IT IS FURTHER HEREBY ORDERED that DEFENDANTS JOSE ZAVALA-SANDOVAL and ALEJANDRA ZAVALA-LEGORRETA are DISMISSED, WITHOUT PREJUDICE, from the foregoing Case No. 2:11-cv-00383-RLH-RJJ.

DATED this 1st day of November, 2011.

UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LINCOLN GENERAL INSURANCE COMPANY

/s/: Jonquil L. Urdaz
JONQUIL L. URDAZ, ESQ.
NEVADA BAR NO. 10783
HALL, PRANGLE & SCHOONVELD, LLC
777 North Rainbow Boulevard, Suite 225
Las Vegas, Nevada 89107
Telephone: (702) 889-6400
Fax: (702) 384-6025
jurdaz@hpslaw.com
-and-
EDWARD F. RUBERRY, ESQ.
(Admitted *Pro Hac Vice*)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
Telephone: (312) 466-8000
Fax: (312) 466-8001
ed.ruberry@rsg-law.com
*Attorneys for Lincoln General Insurance Company*

4830-5056-8716, v. 1

HALL PRANGLE & SCHOONVELD, LLC
777 N. RAINBOW BOULEVARD, SUITE 225
LAS VEGAS, NEVADA 89107
TELEPHONE: 702-889-6400 FACSIMILE: 702-384-6025